# EXHIBIT 5

EIPL EUREKA
INTELLECTUAL PROPERTY LAW
20507 TAMARRON DRIVE, HUMBLE, TEXAS 77346
832-287-7039

**FOR SETTLEMENT PURPOSES ONLY PURSUANT TO FRE 408**

**07.13.2026**

Neil Finn - President, UTLX and Procor
Union Tank Car Company
181 West Madison Street, Suites 2500 and 2600
Chicago, IL 60602
United States

Re: Infringement of Big Will Enterprise, Inc. Patents by Union Tank Car Company, together with Procor Limited and Marmon Holdings, Inc., now referred to as "UTLX".

Dear Neil Finn:

We represent Big Will Enterprise, Inc. ("BWE"), headquartered at 4573 West 1st Avenue, Vancouver, BC V6R 1H7, Canada. BWE owns and licenses a portfolio of pioneering sensor-processing inventions directed to advanced accelerometer-based detection, classification, processing, and communication of mobile activity. Several of the asserted BWE patents claim priority to patent filings dating back to January 2008, reflecting work by BWE's inventors in this field long before accelerometer-based motion sensing became common across modern transportation, telematics, mobile-device, supply-chain, rail, intermodal, railcar, tank-car, freight-car, cargo, and industrial monitoring markets. These inventions address the practical problem of using multi-axis sensor data from devices carried by or mounted to moving things, including where device orientation, changing reference frames, vibration, shock, impact-like forces, and gravity-related acceleration components affect the raw data. BWE is the owner and licensor of U.S. Patent Nos. 9,049,558 ("the '558 patent"), 8,452,273 ("the '273 patent"), 8,559,914 ("the '914 patent"), and 8,737,951 ("the '951 patent") (collectively, the "Asserted Patents").

Union Tank Car Company ("UTLX") is the primary focus of this notice. UTLX is a leading North American railcar company engaged in railcar leasing, railcar manufacturing, railcar repair, railcar maintenance, engineering, regulatory support, customer support, and railcar fleet services. UTLX is part of Marmon Holdings, Inc. ("Marmon"). Procor Limited ("Procor") is a related Marmon rail business and Canadian railcar lessor. Public Marmon materials identify UTLX and Procor as North America's leading designer, builder, and full-service lessor of railroad tank cars and other specialized railcars, state that UTLX and Procor own a fleet of approximately 120,000 railcars, and state that UTLX and Procor perform railcar maintenance services at more than 100 locations across North America. Public UTLX materials identify UTLX as having railcar leasing, manufacturing, and repair operations, including the largest tank-car fleet in North America, a tank-car manufacturing plant in Alexandria, Louisiana, and railcar repair shops and mobile repair units providing maintenance services at more than 100 locations. Public UTLX

materials also identify UTLX Link-Net as an industry-leading collection of fleet-management tools that provides customers access to repair service requests, mechanical information, fleet-management reporting, car tracing, billing/payment information, leasing information, and Customer Action Alert time-sensitive notifications.

The center point of BWE's infringement position is UTLX's use, support, procurement, integration, deployment, configuration, operation, customer enablement, and commercial exploitation of integrated railcar telematics systems that practice one or more claims of the Asserted Patents. The infringement position is based on UTLX's use and enablement of equipped railcars and related railcar telematics, fleet-management, repair-management, maintenance, inspection, customer-portal, and asset-visibility systems for UTLX-owned, UTLX-leased, UTLX-managed, UTLX-serviced, UTLX-repaired, UTLX-manufactured, or UTLX-supported railcars.

UTLX's relevant architecture includes both Link-Net and RailPulse. Link-Net is the UTLX customer-facing fleet-management and operational platform used for repair service requests, mechanical information, fleet-management reporting, car tracing, shop-related functions, leasing information, billing/payment information, and customer alerts. RailPulse is a North American railcar telematics ecosystem that receives and communicates data from onboard telemetry devices installed on railcars. Public RailPulse materials identify GPS and other telemetry sensors installed on railcars, real-time railcar data, railcar location, condition, and health information, and data sharing through web portals and APIs. Public RailPulse materials also identify certified railcar telematics vendors, including Amsted Digital Solutions, Nexxiot, Wabtec, and ZTR.

BWE understands Link-Net and RailPulse to be relevant as parts of an integrated railcar telematics and fleet-management architecture supporting UTLX railcar operations. On information and belief, data generated by onboard railcar telematics devices is communicated through one or more remote telemetry platforms, including RailPulse-compatible systems, and is used, accessed, operationalized, or enabled within UTLX Link-Net, UTLX customer-facing systems, UTLX repair and maintenance workflows, UTLX asset-management systems, or related UTLX-operated platforms. BWE's infringement position is directed to UTLX's use of BWE patented technology through that integrated architecture, regardless of the particular supplier of the onboard hardware used on a particular railcar.

Public Railcar Telematics Architecture Supporting UTLX Fleet Operations

```
UTLX Railcars
(owned / leased / managed / serviced / repaired / supported)
        |
        v
Railcar Telematics Hardware
(Amsted IQ / Nexxiot / Wabtec / ZTR / other RailPulse-compatible vendors)
        |
        v
Onboard Sensor Processing
GPS / accelerometer / impact / vibration / wheel health / brake slide / load
status / temperature / door status
        |
        v
Wireless Communications Module
(cellular / LTE / other wireless communications)
        |
        v
RailPulse Digital Ecosystem
(telemetry / APIs / cloud processing / location / condition / health / alerts)
        |
        v
UTLX Link-Net Platform
(fleet management / car trace / repair management / shop requests / maintenance
planning / customer portal / action alerts / reporting)
        |
        v
UTLX Operations and Customers
(asset management / leasing / maintenance / repair / customer reporting /
decision making)
```

Representative RailPulse-compatible onboard railcar telematics hardware illustrates the sensor-processing functions at issue. Public RailPulse materials identify approved telemetry vendors and explain that RailPulse supports GPS and telemetry sensors approved for use with the platform, including mandatory GPS, impact, and load/empty sensors, with additional supported sensor categories such as wheel-health, brake-system-health, brake-slide, door/hatch, and temperature sensors. Public Amsted Digital Solutions materials identify the IQ Series gateway and Bogie IQ technology as onboard rail telematics technology capable of real-time location, impact detection, load status, wheelset and brake condition monitoring, dynamic ETA, geofence alerts, first/last-mile validation, and real-time onboard health monitoring. Public Nexxiot materials identify Nexxiot as a certified RailPulse vendor supporting digital rail operations, asset intelligence, safety, security, operational efficiency, reduced downtime, and asset management. Public Wabtec materials identify Wabtec as a RailPulse Certified Telematics Vendor and identify Wabtec railcar telematics and condition-monitoring technologies. Public Wabtec Wheel Condition Monitor materials further identify accelerometers and load bars used to measure in-motion wheel/axle weights and wheel impact events, providing real-time data regarding wheel tread defects, wheel impact, asset weight, and balance.

These representative vendors and technologies are examples of today's publicly identified railcar telematics ecosystem and are not intended to limit BWE's infringement position to any particular manufacturer, model, implementation, device supplier, communication technology, analytics platform, or software environment. Railcar telematics is expanding. Additional vendors, sensors, communication technologies, artificial-intelligence tools, predictive-maintenance systems, onboard analytics, cloud

analytics, APIs, customer applications, and railcar-monitoring functions are expected to be adopted, integrated, or substituted over time. Because the Asserted Patents are directed to sensor-processing methods and systems, later improvements in onboard devices, wireless communications, cloud processing, analytics, artificial intelligence, predictive maintenance, or related railcar telematics technologies may increase the number of ways in which UTLX systems practice the Asserted Patents without changing the underlying infringement analysis.

UTLX's relevant systems include, without limitation, equipped UTLX railcars, railcar telematics hardware, onboard telemetry devices, wireless communication modules, RailPulse-compatible telemetry systems, UTLX Link-Net, car-tracing systems, shop-request systems, outage-table systems, repair-management systems, maintenance-planning systems, inspection systems, mobile-repair systems, railcar-status systems, asset-management systems, customer-reporting systems, remote dashboards, databases, portals, APIs, analytics tools, and related railcar fleet-management systems used, supported, integrated, deployed, configured, operated, enabled, or procured in connection with UTLX railcars, tank cars, freight cars, rail assets, components, cargo, and other mobile rail assets. Those systems receive, process, classify, compare, store, display, alert, communicate, or enable the use of railcar location, movement, condition, health, utilization, dwell, repair, maintenance, inspection, shop status, qualification, action alert, release, customer-requirement, exception, and operational information.

On information and belief, UTLX railcars are equipped, or are reasonably understood to be equipped, with railcar telematics, GPS, telemetry, sensor, or connected monitoring devices supplied by UTLX, customers, RailPulse-compatible vendors, railcar telematics vendors, railroads, shippers, lessors, or other railcar-ecosystem participants. On information and belief, such devices include or may include Amsted Digital Solutions IQ Series or Bogie IQ devices, Nexxiot rail asset telemetry devices, Wabtec railcar telematics devices, ZTR telematics devices, or other railcar-mounted wireless communication devices and sensor systems. The relevant data includes or may include location, movement, acceleration, vibration, shock, impact-like movement, wheel-health information, brake-slide information, brake-system-health information, load/empty status, temperature, door/hatch status, condition, health, utilization, dwell, geofence, route status, maintenance status, repair status, inspection status, shop status, qualification status, action alerts, customer requirements, release notifications, emergency conditions, exception events, and operational data.

UTLX's platform-level and operator-level role supports infringement because UTLX need not manufacture every wireless communication device, sensor, accelerometer, telemetry unit, GPS unit, dashboard, portal, database, API, or railcar telematics device used with its railcars, customer systems, repair systems, maintenance systems, or fleet-support systems. BWE's infringement position is directed to UTLX's use, support, procurement, integration, sale, offer for sale, deployment, configuration, operation, processing, communication, and customer enablement of systems that receive sensor-derived or telematics-derived data from wireless or connected devices associated with mobile rail assets and communicate resulting visibility, movement, condition, health, wheel, brake, load, door, repair, maintenance, exception, alert, status, and operational-control information to remote computer systems.

The enclosed materials include representative claim charts identifying how UTLX's use, support, procurement, integration, deployment, configuration, operation, and customer enablement of equipped railcars, RailPulse-compatible telematics hardware, onboard sensor systems, wireless communications modules, UTLX Link-Net, railcar fleet-management, customer-portal, repair-management, maintenance,

inspection, asset-management, and related railcar systems practices one or more elements of the Asserted Patents. These systems receive sensor and telematics data from wireless or connected devices associated with mobile rail assets, process such data to determine railcar movement, location, vibration, shock, impact-like movement, wheel condition, brake condition, load status, door/hatch status, condition, health, dwell, utilization, maintenance status, repair status, inspection status, shop status, alerts, exceptions, customer requirements, release events, emergency events, and operational-risk events, and communicate resulting information to remote dashboards, portals, APIs, customer systems, monitoring systems, repair systems, maintenance systems, operations systems, databases, cloud platforms, digital asset-management platforms, and other railcar or supply-chain decision-making systems.

Marmon Holdings - Union Tank Car Company and Procor Limited leadership/consolidation; fleet size; ownership; maintenance locations: https://www.marmon.com/news/union-tank-car-company-and-procor-limited-unveil-key-leadership-changes/
UTLX - Homepage / Link-Net fleet-management tools / Customer Action Alert: https://www.utlx.com/
UTLX - About / largest tank-car fleet / manufacturing / repair and mobile units: https://www.utlx.com/about/
UTLX - Repair capabilities / customer portal / repair shops / mobile and mini-shop repair network: https://www.utlx.com/repair-capabilities/
UTLX - Contact / headquarters / Link-Net help desk: https://www.utlx.com/contact/
Procor - Link-Net login / UTLX and Procor customer access / outage table / shop requests: https://www.procor.com/servlet/com.ibm.abt.web.servlet.Router/UserLogon
Procor - Link-Net fleet-management tools / shop status / action alerts / qualifications / planned service: https://www.procor.com/helps/about-linknet.htm
Procor - Repair / Link-Net shop car requests, shop status reports, planned inspection and maintenance: https://www.procor.com/repair
RailPulse - railcar telematics ecosystem / GPS and telemetry sensors installed on railcars / location, condition and health: https://railpulse.com/
RailPulse - certified telemetry vendor partners / approved vendor list: https://railpulse.com/vendor-partners/approved-vendor-list-2/
RailPulse - certified telematics vendor program / installed equipment standards and interoperability: https://railpulse.com/railpulse-vendor-partners/
RailPulse - telematics hardware / approved devices / sharing measurements with authorized parties: https://railpulse.com/technology/telematics-hardware/
Amsted Digital Solutions - IQ Series gateway / real-time location, impact detection, load status, Bogie IQ wheelset and brake condition monitoring: https://www.amstedrail.com/amsted-digital-solutions-brings-iq-series-gateway-to-north-america-offering-a-smarter-way-to-monitor-railway-performance/
Amsted Digital Solutions - IQ Series/Bogie IQ RailPulse certified status / onboard telematics / railcar health and status data: https://www.amsted.com/amsted-digital-solutions-leading-iq-series-onboard-telematics-technology-obtains-certified-status-from-railpulse/
RailPulse / Amsted - IQ Series Gateway with Bogie IQ technology / real-time onboard health monitoring: https://railpulse.com/wp-content/uploads/2024/08/AmstedDigitalSolutions_BogieIQ_July2024.pdf
Nexxiot - RailPulse launch / certified vendor / digital rail operations / asset intelligence: https://nexxiot.com/newsroom/railpulse-launches-revolutionary-telematics-platform-with-nexxiot-as-vital-technology-partner/
Wabtec - Railcar telematics / location, health and status: https://www.wabteccorp.com/digital-intelligence/condition-monitoring/railcar-telematics
Wabtec - RailPulse certified telematics vendor: https://www.wabteccorp.com/newsroom/press-releases/wabtec-approved-as-a-railpulse-certified-telematics-vendor
Wabtec - Wheel Condition Monitor / accelerometers and load bars / wheel impact events: https://www.wabteccorp.com/digital-intelligence/condition-monitoring/kinetix-inspection-technologies/wayside/wheel-condition-monitor-wcm

| US. Patent No. 9,049,558<br>Claim 1 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 1. A method, comprising:<br>receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. Public materials identify UTLX and Procor as major North American railcar designers, builders, lessors, maintenance providers, repair providers, and fleet-support businesses, with a fleet of approximately 120,000 railcars and maintenance services at more than 100 locations across North America. Public UTLX and Procor materials identify customer-portal, repair, shop-request, outage-table, action-alert, planned-inspection, maintenance, release-notification, and fleet-management functions. Public railcar-telematics materials further identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information delivered to shippers, lessors, and railroads. On information and belief, UTLX use, support, procure, integrate, deploy, configure, operate, or enable wireless or connected railcar telematics devices and remote systems that receive and process time-associated railcar location, movement, acceleration, vibration, shock, impact-like, wheel-health, brake-slide, load/empty, temperature, door/hatch, condition, health, utilization, dwell, geofence, maintenance, repair, inspection, alert, exception, and operational data from railcars, tank cars, freight cars, components, cargo, and other mobile rail assets. |

| | |
|---|---|
| recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system; | UTLX recognizes or uses particular sensor, telematics, status, maintenance, inspection, or operating values as reference information for defining a reference framework or condition context for a railcar, wireless device, rail asset, component, cargo, or operating environment. To evaluate railcar location, movement, vibration, shock, impact-like events, condition, health, dwell, utilization, geofence status, maintenance status, repair status, inspection status, alerts, and exceptions, the systems use reference, baseline, expected-condition, threshold, historical, statistical, geofence, event-definition, component-condition, maintenance, inspection, shop-status, or comparative data. |
| computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system; and | UTLX computes or uses reference data based upon recognized reference values. The reference data defines relationships between subsequent sensor, telematics, status, maintenance, or operational values and a reference set or reference framework, enabling comparison and analysis of later movement, vibration, shock, location, dwell, health, condition, utilization, geofence, maintenance, repair, inspection, alert, exception, and operational data across changing railcar, route, cargo, component, shop, customer, and operating conditions. |
| calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and | UTLX calculates movement, event, exception, condition, or operational data from non-reference sensor, telematics, maintenance, inspection, or status values based upon the reference data. This calculated data includes railcar movement, location movement, vibration, shock, impact-like movement, dwell, geofence movement, condition changes, health changes, utilization, repair status, maintenance status, inspection status, alert conditions, exception conditions, emergency conditions, and other movement or condition characteristics of monitored railcars, tank cars, freight cars, components, cargo, or other mobile rail assets. |

| | |
|---|---|
| determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 9,049,558<br>Claim 13 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | UTLX satisfies this limitation because one or more claimed steps are implemented in the wireless or connected railcar device, in a remote computer system, or in a combination of both. Device-side sensors and telematics sources capture or transmit railcar location, movement, condition, health, vibration, shock, and related data, while remote customer-portal, repair, maintenance, asset-management, fleet-management, database, API, dashboard, shop, and operations systems receive, normalize, process, enrich, compare, classify, alert, display, and communicate resulting railcar visibility, condition, health, repair, maintenance, exception, and operational information. |

| US. Patent No. 9,049,558<br>Claim 17 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 17. A method, comprising:<br>receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. Public materials identify UTLX and Procor as major North American railcar designers, builders, lessors, maintenance providers, repair providers, and fleet-support businesses, with a fleet of approximately 120,000 railcars and maintenance services at more than 100 locations across North America. Public UTLX and Procor materials identify customer-portal, repair, shop-request, outage-table, action-alert, planned-inspection, maintenance, release-notification, and fleet-management functions. Public railcar-telematics materials further identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information delivered to shippers, lessors, and railroads. On information and belief, UTLX use, support, procure, integrate, deploy, configure, operate, or enable wireless or connected railcar telematics devices and remote systems that receive and process first and second movement-indicative railcar location, movement, acceleration, vibration, shock, impact-like, wheel-health, brake-slide, load/empty, temperature, door/hatch, condition, health, utilization, dwell, geofence, maintenance, repair, inspection, alert, exception, and operational data from railcars, tank cars, freight cars, components, cargo, and other mobile rail assets. |

| | |
|---|---|
| determining reference data that defines a reference framework from the first data; | UTLX recognizes or uses particular sensor, telematics, status, maintenance, inspection, or operating values as reference information for defining a reference framework or condition context for a railcar, wireless device, rail asset, component, cargo, or operating environment. To evaluate railcar location, movement, vibration, shock, impact-like events, condition, health, dwell, utilization, geofence status, maintenance status, repair status, inspection status, alerts, and exceptions, the systems use reference, baseline, expected-condition, threshold, historical, statistical, geofence, event-definition, component-condition, maintenance, inspection, shop-status, or comparative data. |
| normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and | UTLX normalizes or processes second sensor, telematics, condition, maintenance, inspection, or status data with reference data so that the second data can be analyzed in the applicable reference framework. Public railcar-telematics materials describe railcar data being aggregated, enriched, securely stored, and delivered through portals and APIs. This normalization allows later railcar location, condition, health, movement, dwell, vibration, shock, maintenance, repair, inspection, alert, and exception data to be evaluated consistently across different railcars, customers, rail systems, repair locations, routes, assets, and operating conditions. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 9,049,558<br>Claim 25 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | UTLX satisfies this limitation because one or more claimed steps are implemented in the wireless or connected railcar device, in a remote computer system, or in a combination of both. Device-side sensors and telematics sources capture or transmit railcar location, movement, condition, health, vibration, shock, and related data, while remote customer-portal, repair, maintenance, asset-management, fleet-management, database, API, dashboard, shop, and operations systems receive, normalize, process, enrich, compare, classify, alert, display, and communicate resulting railcar visibility, condition, health, repair, maintenance, exception, and operational information. |

| US. Patent No. 9,049,558<br>Claim 27 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: | UTLX's equipped railcars, RailPulse-compatible telematics, Link-Net, repair, maintenance, customer-portal, asset-management, and railcar fleet-management systems, including integrated wireless or connected railcar telematics devices and telematics sources, satisfy this limitation. When deployed with railcars, tank cars, freight cars, GPS devices, telemetry sensors, vibration or shock sensors, condition sensors, maintenance systems, repair systems, or related railcar data sources, those devices and systems are designed to detect multiple railcar, component, cargo, condition, exception, maintenance, repair, inspection, and movement-related activities associated with mobile rail assets. |

| | |
|---|---|
| receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. Public materials identify UTLX and Procor as major North American railcar designers, builders, lessors, maintenance providers, repair providers, and fleet-support businesses, with a fleet of approximately 120,000 railcars and maintenance services at more than 100 locations across North America. Public UTLX and Procor materials identify customer-portal, repair, shop-request, outage-table, action-alert, planned-inspection, maintenance, release-notification, and fleet-management functions. Public railcar-telematics materials further identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information delivered to shippers, lessors, and railroads. On information and belief, UTLX use, support, procure, integrate, deploy, configure, operate, or enable wireless or connected railcar telematics devices and remote systems that receive and process time-associated railcar location, movement, acceleration, vibration, shock, impact-like, wheel-health, brake-slide, load/empty, temperature, door/hatch, condition, health, utilization, dwell, geofence, maintenance, repair, inspection, alert, exception, and operational data from railcars, tank cars, freight cars, components, cargo, and other mobile rail assets. |

| | |
|---|---|
| computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and | UTLX computes or uses reference data based upon recognized reference values. The reference data defines relationships between subsequent sensor, telematics, status, maintenance, or operational values and a reference set or reference framework, enabling comparison and analysis of later movement, vibration, shock, location, dwell, health, condition, utilization, geofence, maintenance, repair, inspection, alert, exception, and operational data across changing railcar, route, cargo, component, shop, customer, and operating conditions. UTLX calculates movement, event, exception, condition, or operational data from non-reference sensor, telematics, maintenance, inspection, or status values based upon the reference data. This calculated data includes railcar movement, location movement, vibration, shock, impact-like movement, dwell, geofence movement, condition changes, health changes, utilization, repair status, maintenance status, inspection status, alert conditions, exception conditions, emergency conditions, and other movement or condition characteristics of monitored railcars, tank cars, freight cars, components, cargo, or other mobile rail assets. |
| determining an MTMA associated with the MT based upon the movement data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 9,049,558<br>Claim 42 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 42. A system, comprising:<br>one or more memories designed to store computer program code;<br>one or more processors designed to execute the computer program code; and wherein the computer program code comprises: | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. These systems include one or more memories that store computer program code and one or more processors that execute that code in remote customer portals, repair-management systems, maintenance systems, shop systems, databases, dashboards, APIs, asset-management systems, customer systems, operations systems, and/or integrated wireless or connected railcar telematics devices to receive, process, normalize, enrich, compare, classify, store, display, alert, and communicate sensor-derived and telematics-derived railcar, component, condition, health, repair, maintenance, inspection, exception, and operational information. |

| | |
|---|---|
| code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. Public materials identify UTLX and Procor as major North American railcar designers, builders, lessors, maintenance providers, repair providers, and fleet-support businesses, with a fleet of approximately 120,000 railcars and maintenance services at more than 100 locations across North America. Public UTLX and Procor materials identify customer-portal, repair, shop-request, outage-table, action-alert, planned-inspection, maintenance, release-notification, and fleet-management functions. Public railcar-telematics materials further identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information delivered to shippers, lessors, and railroads. On information and belief, UTLX use, support, procure, integrate, deploy, configure, operate, or enable wireless or connected railcar telematics devices and remote systems that receive and process time-associated railcar location, movement, acceleration, vibration, shock, impact-like, wheel-health, brake-slide, load/empty, temperature, door/hatch, condition, health, utilization, dwell, geofence, maintenance, repair, inspection, alert, exception, and operational data from railcars, tank cars, freight cars, components, cargo, and other mobile rail assets. |

| | |
|---|---|
| code to determine reference data that defines a reference framework from the first data; | UTLX recognizes or uses particular sensor, telematics, status, maintenance, inspection, or operating values as reference information for defining a reference framework or condition context for a railcar, wireless device, rail asset, component, cargo, or operating environment. To evaluate railcar location, movement, vibration, shock, impact-like events, condition, health, dwell, utilization, geofence status, maintenance status, repair status, inspection status, alerts, and exceptions, the systems use reference, baseline, expected-condition, threshold, historical, statistical, geofence, event-definition, component-condition, maintenance, inspection, shop-status, or comparative data. |
| code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and | UTLX includes code to normalize, process, enrich, or compare second sensor, telematics, maintenance, inspection, or status data with reference data so that the second data can be analyzed in the applicable reference framework. This allows later railcar data to be compared and analyzed across different railcars, customer accounts, repair locations, shops, mobile repair units, routes, geofences, components, maintenance schedules, and operating conditions. |
| code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 9,049,558<br>Claim 50 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both. | UTLX satisfies this limitation because one or more claimed steps are implemented in the wireless or connected railcar device, in a remote computer system, or in a combination of both. Device-side sensors and telematics sources capture or transmit railcar location, movement, condition, health, vibration, shock, and related data, while remote customer-portal, repair, maintenance, asset-management, fleet-management, database, API, dashboard, shop, and operations systems receive, normalize, process, enrich, compare, classify, alert, display, and communicate resulting railcar visibility, condition, health, repair, maintenance, exception, and operational information. |

| US. Patent No. 9,049,558<br>Claim 52 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises: | UTLX's systems, including integrated wireless or connected railcar telematics devices and telematics sources used with railcar fleet, repair, maintenance, customer-portal, asset-management, and telematics systems, satisfy this limitation. Those devices and systems include memories and processors that store and execute code to capture, transmit, receive, process, normalize, enrich, compare, classify, alert, and communicate railcar movement, condition, health, maintenance, repair, inspection, exception, and operational information. |

| | |
|---|---|
| code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. Public materials identify UTLX and Procor as major North American railcar designers, builders, lessors, maintenance providers, repair providers, and fleet-support businesses, with a fleet of approximately 120,000 railcars and maintenance services at more than 100 locations across North America. Public UTLX and Procor materials identify customer-portal, repair, shop-request, outage-table, action-alert, planned-inspection, maintenance, release-notification, and fleet-management functions. Public railcar-telematics materials further identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information delivered to shippers, lessors, and railroads. On information and belief, UTLX use, support, procure, integrate, deploy, configure, operate, or enable wireless or connected railcar telematics devices and remote systems that receive and process time-associated railcar location, movement, acceleration, vibration, shock, impact-like, wheel-health, brake-slide, load/empty, temperature, door/hatch, condition, health, utilization, dwell, geofence, maintenance, repair, inspection, alert, exception, and operational data from railcars, tank cars, freight cars, components, cargo, and other mobile rail assets. |

| | |
|---|---|
| code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; | UTLX computes or uses reference data based upon recognized reference values. The reference data defines relationships between subsequent sensor, telematics, status, maintenance, or operational values and a reference set or reference framework, enabling comparison and analysis of later movement, vibration, shock, location, dwell, health, condition, utilization, geofence, maintenance, repair, inspection, alert, exception, and operational data across changing railcar, route, cargo, component, shop, customer, and operating conditions. |
| code to calculate movement data based upon the reference data and the data sample values; and | UTLX calculates movement, event, exception, condition, or operational data from non-reference sensor, telematics, maintenance, inspection, or status values based upon the reference data. This calculated data includes railcar movement, location movement, vibration, shock, impact-like movement, dwell, geofence movement, condition changes, health changes, utilization, repair status, maintenance status, inspection status, alert conditions, exception conditions, emergency conditions, and other movement or condition characteristics of monitored railcars, tank cars, freight cars, components, cargo, or other mobile rail assets. |
| code to determine an MTMA associated with the MT based upon the movement data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 8,452,273<br>Claim 1 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
| --- | --- |
| 1. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value; | UTLX's systems receive or use time values and acceleration-indicative data from wireless or connected railcar telematics devices and railcar telematics sources associated with mobile rail assets. Public railcar-telematics materials identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information. On information and belief, where UTLX railcars, components, repair workflows, maintenance systems, customer systems, or fleet-management systems use or integrate with railcar telemetry devices that include accelerometers, vibration sensors, shock sensors, impact sensors, tilt sensors, or other movement sensors, the systems receive and process acceleration-indicative data used to determine vibration, shock, impact-like movement, rough handling, movement, condition, health, utilization, maintenance, repair, inspection, exception, and operational events. |
| recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional (2D) coordinate system; | UTLX recognizes or uses particular acceleration-, vibration-, shock-, movement-, tilt-, or condition-related data values as reference information for defining the relationship between device/railcar orientation or condition and a reference framework used to analyze two-dimensional or normalized movement information. To evaluate railcar movement, vibration, shock, impact-like movement, dwell, geofences, condition, health, maintenance status, and exceptions, the systems use reference, baseline, expected-condition, threshold, historical, statistical, geofence, event-definition, calibration, or comparative data. |

| | |
|---|---|
| computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the 2D coordinate system; | UTLX computes or uses reference data based upon recognized reference values. The reference data defines relationships between subsequent sensor, telematics, status, maintenance, or operational values and a reference set or reference framework, enabling comparison and analysis of later movement, vibration, shock, location, dwell, health, condition, utilization, geofence, maintenance, repair, inspection, alert, exception, and operational data across changing railcar, route, cargo, component, shop, customer, and operating conditions. |
| calculating movement data in the 2D coordinate system of one or more other non-reference data sample values based upon the reference data; and determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data. | UTLX calculates movement, event, exception, condition, or operational data from non-reference sensor, telematics, maintenance, inspection, or status values based upon the reference data. This calculated data includes railcar movement, location movement, vibration, shock, impact-like movement, dwell, geofence movement, condition changes, health changes, utilization, repair status, maintenance status, inspection status, alert conditions, exception conditions, emergency conditions, and other movement or condition characteristics of monitored railcars, tank cars, freight cars, components, cargo, or other mobile rail assets. UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 8,452,273<br>Claim 2 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 2. The method of claim 1, further comprising: prior to recognizing, mathematically combining the data sample values of the particular reference set; and recognizing the particular reference set as the reference when a combined value has a magnitude that is indicative of a relationship to Earth gravity. | UTLX satisfies this limitation when integrated accelerometer-, vibration-, shock-, tilt-, or movement-sensing devices and railcar telematics or processing workflows mathematically combine sample values of a reference set and recognize reference information indicative of a relationship to Earth gravity. In railcar vibration, shock, impact-like movement, tilt, and condition monitoring, gravity-related acceleration and device orientation are used or accounted for to distinguish railcar movement, vibration, shock, impact-like events, tilt, and ordinary transportation conditions. |

| US. Patent No. 8,452,273<br>Claim 3 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 3. The method of claim 2, further comprising updating the reference data each time the reference set of data samples is recognized. | UTLX satisfies this limitation by updating reference, baseline, expected-condition, threshold, geofence, historical, statistical, event-definition, maintenance, inspection, or comparative data when reference sensor or condition information is recognized. Updating reference data allows the systems to account for changing railcar, route, shop, mobile-repair, component, cargo, geofence, sensor, orientation, and operating conditions during ongoing monitoring. |

| US. Patent No. 8,452,273<br>Claim 4 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 4. The method of claim 1, wherein:<br>each set of data sample values includes a vector defined by three data sample values x,y,z;<br>the reference data is a rotation matrix M; and<br>the movement data comprises a vertical magnitude along the z axis and a horizontal magnitude along the x, y plane, both derived from a rotated vector, the rotated vector equal to the rotation matrix M multiplied by the vector associated with the other non-reference data sample values x,y,z. | UTLX satisfies this limitation when integrated accelerometer, vibration, shock, tilt, or movement-sensing devices produce three-axis values x, y, and z. The reference data may be implemented as a rotation matrix or equivalent orientation-reference, normalization, transformation, calibration, gravity-compensation, or coordinate-conversion framework. Movement data includes vertical, horizontal, orientation-adjusted, acceleration, vibration, shock, impact-like, tilt, railcar-movement, or other movement characteristics of monitored mobile rail assets. |

| US. Patent No. 8,452,273<br>Claim 5 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 5. The method of claim 4, further comprising:<br>transforming the movement data to the frequency domain (FD) to produce FD data;<br>computing one or more FD statistical metrics from the FD data; and<br>wherein the MTMA identifying is based at least in part upon the FD statistical metrics. | UTLX satisfies this limitation when its systems or integrated railcar sensing devices transform or analyze movement data using frequency-domain or equivalent vibration-pattern, statistical, threshold, event-based, comparative, or classification techniques. Such analysis is applicable to railcar vibration, shock, impact-like movement, wheel or bearing condition, component condition, railcar health, cargo condition, exception events, and maintenance or repair events detected from sensor-derived data. |

| US. Patent No. 8,452,273<br>Claim 6 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 6. The method of claim 5, wherein the MTMA is identified from a set of MTMAs and further comprising:<br>computing a score for each MTMA of the set; and<br>comparing the scores to identify the MTMA. | UTLX satisfies this limitation by identifying railcar movement or condition activities from a set of possible activities by computing and comparing scores, thresholds, event classifications, confidence values, rules, signatures, statistical indicators, or equivalent outputs. Candidate activities include railcar movement, vibration, shock, impact-like movement, dwell, geofence events, condition events, health events, maintenance events, repair events, inspection events, alerts, exceptions, and other railcar or |

| US. Patent No. 8,452,273<br>Claim 7 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 7. The method of claim 1, wherein the MTMA is identified from a set of MTMAs and further comprising:<br>computing a score for each MTMA of the set; and<br>comparing the scores to identify the MTMA. | UTLX satisfies this limitation for the same reasons. The systems classify or prioritize possible events and exceptions by comparing thresholds, scores, rules, parameters, signatures, confidence values, status values, geofence values, dwell values, maintenance values, inspection values, or other analytic outputs to determine the applicable railcar, asset, condition, exception, repair, maintenance, or movement event. |

| US. Patent No. 8,452,273<br>Claim 8 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 8. The method of claim 1, wherein the reference data is in the form of a rotation matrix that normalizes the sets of non-reference data sample values with respect to Earth gravity. | UTLX satisfies this limitation when accelerometer-, vibration-, shock-, tilt-, or movement-sensing devices integrated with railcar telematics use rotation-matrix or equivalent normalization, orientation-reference, calibration, gravity-compensation, or coordinate-conversion information to normalize non-reference samples with respect to Earth gravity. |

| US. Patent No. 8,452,273<br>Claim 9 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 9. The method of claim 1, wherein the movement data is in the time domain (TD) and wherein the computing comprises:<br>computing a magnitude of the movement data in each of the two dimensions of space;<br>computing one or more TD statistical metrics from the magnitudes; and<br>wherein the MTMA determining is based at least in part upon the TD statistical metrics. | UTLX satisfies this limitation by computing or using time-domain movement, vibration, shock, impact-like, dwell, location, geofence, maintenance, repair, inspection, or condition metrics from sensor and telematics data. Time-domain metrics include magnitude, duration, timing, peak values, counts, rates of change, thresholds, status values, and patterns used to identify railcar movement, shock events, vibration events, condition events, health events, dwell, geofence events, exceptions, and related railcar conditions. |

| US. Patent No. 8,452,273<br>Claim 10 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 10. The method of claim 9, further comprising:<br>transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data;<br>computing one or more FD statistical metrics from the FD data; and<br>wherein the MTMA determining is based at least in part the FD statistical metrics. | UTLX satisfies this limitation when its systems or integrated railcar devices transform or analyze movement magnitudes from the time domain into frequency-domain or equivalent analytic data and compute statistical or classification metrics from that data. Frequency-domain, vibration-pattern, statistical, signature, threshold, or related analysis supports identifying railcar vibration, shock, impact-like movement, component condition, railcar health, maintenance, repair, cargo-condition, and exception events. |

| US. Patent No. 8,452,273<br>Claim 11 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 11. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD. | UTLX satisfies this limitation because one or more claimed steps are implemented in wireless or connected railcar telematics devices used with railcar telematics, fleet-management, repair, maintenance, inspection, customer-portal, or asset-management systems. Device-side components capture, sample, preprocess, store, report, or transmit sensor-derived data, while remote systems receive, normalize, enrich, compare, classify, alert, display, and communicate resulting railcar visibility, condition, health, repair, maintenance, inspection, exception, and operational information. |

| US. Patent No. 8,452,273<br>Claim 12 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 12. A method, comprising: receiving first and second data from an accelerometer associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of acceleration of the WCD; | UTLX's systems receive or use time values and acceleration-indicative data from wireless or connected railcar telematics devices and railcar telematics sources associated with mobile rail assets. Public railcar-telematics materials identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information. On information and belief, where UTLX railcars, components, repair workflows, maintenance systems, customer systems, or fleet-management systems use or integrate with railcar telemetry devices that include accelerometers, vibration sensors, shock sensors, impact sensors, tilt sensors, or other movement sensors, the systems receive and process acceleration-indicative data used to determine vibration, shock, impact-like movement, rough handling, movement, condition, health, utilization, maintenance, repair, inspection, exception, and operational events. |
| determining reference data that defines a reference framework in two dimensions (2D) of space from the first data; | UTLX recognizes or uses particular sensor, telematics, status, maintenance, inspection, or operating values as reference information for defining a reference framework or condition context for a railcar, wireless device, rail asset, component, cargo, or operating environment. To evaluate railcar location, movement, vibration, shock, impact-like events, condition, health, dwell, utilization, geofence status, maintenance status, repair status, inspection status, alerts, and exceptions, the systems use reference, baseline, expected-condition, threshold, historical, statistical, geofence, event-definition, component-condition, maintenance, inspection, shop-status, or comparative data. |

| | |
|---|---|
| normalizing the second data with the reference data so that the second data can be analyzed in the 2D space; and | UTLX normalizes or processes second acceleration-indicative, vibration, shock, movement, condition, or telematics data with reference data so that the second data can be analyzed in the applicable reference framework or 2D space. Public railcar-telematics materials describe data being aggregated, enriched, securely stored, and delivered through portals and APIs, supporting consistent analysis across railcars, sensors, repair locations, routes, customers, and operating conditions. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 8,452,273<br>Claim 13 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 13. The method of claim 12, wherein the second data comprises a plurality of periodic samples. | UTLX satisfies this limitation because second sensor or telematics data comprises a plurality of periodic, repeated, or event-based samples. Public railcar-telematics materials identify real-time railcar data from GPS and other telemetry sensors installed on railcars, which requires repeated sensor, telematics, status, condition, and event data over time. |

| US. Patent No. 8,452,273<br>Claim 14 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 14. The method of claim 12, wherein the reference data is indicative of a relationship to Earth gravity. | UTLX satisfies this limitation when accelerometer-, vibration-, shock-, tilt-, or movement-sensing devices integrated with railcar telematics use reference data indicative of a relationship to Earth gravity to distinguish railcar vibration, shock, tilt, impact-like movement, movement, and ordinary transportation conditions from device orientation or gravity-related components. |

| US. Patent No. 8,452,273<br>Claim 15 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 15. The method of claim 12, wherein the reference data is determined in the form of vector information indicative of a relation to Earth gravity by comparing the first data to a predefined numerical range. | UTLX satisfies this limitation when integrated sensing devices determine reference data in the form of vector information indicative of a relationship to Earth gravity by comparing first sensor data to predefined ranges, thresholds, tolerances, baselines, signatures, or calibration values. This supports normalized analysis of vibration, shock, tilt, movement, impact-like events, and other railcar or asset conditions. |

| US. Patent No. 8,452,273<br>Claim 16 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 16. The method of claim 15, wherein the accelerometer produces first, second, and third sample data along each of 3 axes in a three dimensional (3D) coordinate system and wherein the first data pertains to a value that equals one within a predefined range, the value computed by combining the first, second, and third sample data. | UTLX satisfies this limitation when integrated vibration, shock, tilt, or movement sensors use three-axis accelerometers. Such sensors produce first, second, and third samples along three axes in a 3D coordinate system, and the system combines those samples to identify gravity-related reference values within predefined ranges for orientation and movement analysis. |

| US. Patent No. 8,452,273<br>Claim 17 | UTLX Integrated Railcar Telematics Architecture<br>(Link-Net / RailPulse) |
|---|---|
| 17. The method of claim 12, wherein the second data is in the time domain (TD) and wherein the identifying comprises:<br>computing magnitudes of the second data in each of the two dimensions of the 2D space;<br>computing one or more TD statistical metrics from the magnitudes; and<br>wherein the MTMA identifying is based at least in part upon the TD statistical metrics. | UTLX satisfies this limitation by computing or using time-domain magnitudes and time-domain statistical metrics from acceleration-indicative, vibration, shock, movement, dwell, geofence, maintenance, repair, inspection, or condition data. Such metrics support identification of railcar movement events, vibration events, shock events, impact-like events, dwell, exceptions, maintenance events, repair events, condition events, and other railcar or asset-status conditions. |

| US. Patent No. 8,452,273<br>Claim 18 | UTLX Integrated Railcar Telematics Architecture<br>(Link-Net / RailPulse) |
|---|---|
| 18. The method of claim 17, further comprising:<br>transforming the magnitudes from the TD to the frequency domain (FD) to produce FD data;<br>computing one or more FD statistical metrics from the FD data; and<br>wherein the MTMA identifying is based at least in part the FD statistical metrics. | UTLX satisfies this limitation when its systems or integrated devices transform or analyze time-domain movement magnitudes into frequency-domain or equivalent analytic data and compute statistical or classification metrics from that data. This supports detection of vibration, shock, impact-like movement, component condition, railcar health, maintenance, repair, cargo-condition, and exception patterns. |

| US. Patent No. 8,452,273<br>Claim 19 | UTLX Integrated Railcar Telematics Architecture<br>(Link-Net / RailPulse) |
|---|---|
| 19. The method of claim 18, wherein the MTMA is identified from a known plurality of MTMAs and further comprising:<br>computing a score for each MTMA of the known plurality; and<br>comparing the scores to identify the MTMA. | UTLX satisfies this limitation by identifying activities from a known plurality of possible railcar, asset, event, exception, repair, maintenance, inspection, health, or condition categories by computing and comparing scores, thresholds, confidence values, rules, signatures, statistical indicators, status values, priorities, or classifications. Candidate categories include movement, vibration, shock, impact-like events, dwell, geofence events, condition events, health events, maintenance events, repair events, alerts, exceptions, and emergency events. |

| US. Patent No. 8,452,273<br>Claim 20 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 20. The method of claim 12, wherein one or more of the steps of the method is implemented in the WCD. | UTLX satisfies this limitation because one or more claimed steps are implemented in wireless or connected railcar telematics devices used with the railcar telematics, fleet-management, repair, maintenance, inspection, customer-portal, or asset-management systems. Device-side components capture, sample, preprocess, store, report, or transmit sensor-derived data, while remote systems receive, normalize, enrich, compare, classify, alert, display, and communicate resulting information. |

| US. Patent No. 8,452,273<br>Claim 21 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 21. The method of claim 12, further comprising: determining an MTMA based action to be initiated based upon the identified MTMA; and initiating an MTMA based action. | UTLX satisfies this limitation by determining and initiating actions based upon identified railcar or asset activities. When the systems identify movement, vibration, shock, impact-like movement, dwell, geofence events, condition changes, health changes, maintenance events, repair events, inspection events, shop events, customer requirements, release notifications, alerts, exceptions, or emergency conditions, they initiate or facilitate action alerts, customer notifications, shop requests, repair workflows, maintenance planning, inspection workflows, dashboard updates, portal updates, mobile-repair actions, operational decisions, and other |

| US. Patent No. 8,452,273<br>Claim 22 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 22. A method, comprising:<br>receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value; | UTLX's systems receive or use time values and acceleration-indicative data from wireless or connected railcar telematics devices and railcar telematics sources associated with mobile rail assets. Public railcar-telematics materials identify GPS and other telemetry sensors installed on railcars, real-time railcar data, and railcar location, condition, and health information. On information and belief, where UTLX railcars, components, repair workflows, maintenance systems, customer systems, or fleet-management systems use or integrate with railcar telemetry devices that include accelerometers, vibration sensors, shock sensors, impact sensors, tilt sensors, or other movement sensors, the systems receive and process acceleration-indicative data used to determine vibration, shock, impact-like movement, rough handling, movement, condition, health, utilization, maintenance, repair, inspection, exception, and operational events. |
| computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values; | UTLX computes or uses reference data based upon recognized reference values. The reference data defines relationships between subsequent sensor, telematics, status, maintenance, or operational values and a reference set or reference framework, enabling comparison and analysis of later movement, vibration, shock, location, dwell, health, condition, utilization, geofence, maintenance, repair, inspection, alert, exception, and operational data across changing railcar, route, cargo, component, shop, customer, and operating conditions. |

| | |
|---|---|
| calculating movement data for each set based upon the reference data; and | UTLX calculates movement, event, exception, condition, or operational data from non-reference sensor, telematics, maintenance, inspection, or status values based upon the reference data. This calculated data includes railcar movement, location movement, vibration, shock, impact-like movement, dwell, geofence movement, condition changes, health changes, utilization, repair status, maintenance status, inspection status, alert conditions, exception conditions, emergency conditions, and other movement or condition characteristics of monitored railcars, tank cars, freight cars, components, cargo, or other mobile rail assets. |
| identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data. | UTLX determines mobile-asset movement and condition activities associated with monitored railcars and rail assets based upon the calculated movement or condition data. The determined activities include movement events, location/status changes, dwell events, geofence events, vibration events, shock events, impact-like events, railcar condition events, health events, utilization events, repair events, maintenance events, inspection events, shop-status events, alert events, exception events, emergency events, customer-service events, and other railcar or asset-status movement conditions. |

| US. Patent No. 8,452,273<br>Claim 23 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 23. The method of claim 22, further comprising: recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional 2D coordinate system; determining a rotation matrix based upon the particular set of reference data sample values; and calculating the movement data based upon the rotation matrix and one or more sets of the data sample values that are not the particular reference set. | UTLX satisfies this limitation when integrated accelerometer-, vibration-, shock-, tilt-, or movement-sensing devices recognize particular three-axis data sample values as reference information in a 3D coordinate system for defining a relationship between device orientation and a 2D coordinate system. On information and belief, this includes determining a rotation matrix or equivalent orientation-reference, normalization, transformation, calibration, gravity-compensation, or coordinate-conversion framework and calculating movement data based on that reference information and non-reference sensor data. Such processing supports identification of railcar movement, vibration, shock, impact-like events, dwell, geofence events, condition events, health events, maintenance events, repair events, and other mobile-asset conditions. |

| US. Patent No. 8,559,914<br>Claim 15 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings; | UTLX's integrated railcar telematics architecture, including equipped UTLX railcars, RailPulse-compatible onboard telemetry hardware, representative Amsted IQ Series/Bogie IQ and Nexxiot rail telemetry devices, wireless communications modules, RailPulse platform/API workflows, UTLX Link-Net, repair-management, maintenance, inspection, customer-portal, and asset-management systems, satisfies this limitation. These systems determine user activity and/or user surroundings by processing sensor, telematics, status, maintenance, repair, inspection, and operational data from railcars, wireless or connected railcar telematics devices, customer portals, repair systems, maintenance systems, shop systems, mobile repair workflows, and asset-management systems. The determined activities or surroundings include railcar movement, railcar location, dwell, geofence presence, vibration, shock, condition, health, repair status, maintenance status, inspection status, shop status, customer requirements, release notifications, action alerts, emergency conditions, exceptions, and other railcar or asset surroundings. |
| determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings; | UTLX determines a surveillance, monitoring, maintenance, repair, inspection, customer-service, or asset-management mode corresponding to the detected activity and/or surroundings. For example, based on detected location, movement, dwell, railcar condition, health, repair need, inspection need, shop status, maintenance status, exception, emergency condition, or geofence presence, the systems select or apply corresponding visibility, monitoring, repair, maintenance, inspection, action-alert, shop-request, mobile-repair, customer-portal, or operational-control modes. |

| | |
|---|---|
| facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and | UTLX facilitates user-defined or customer-defined responses to detected activity and/or surroundings. Public Procor Link-Net materials identify shop car requests, shop status reports, action alerts, qualifications due, planned inspection and maintenance, customer requirements, release notifications, and automatic emails. Such workflows facilitate configured responses based on detected railcar, repair, maintenance, inspection, condition, customer, or exception conditions. |
| communicating, by the computing device, surveillance information to at least one remotely located computer device. | UTLX communicates surveillance, monitoring, status, repair, maintenance, inspection, condition, and operational information to at least one remotely located computer device. The systems communicate railcar location, condition, health, dwell, repair status, maintenance status, inspection status, shop status, customer requirements, release notifications, alerts, exceptions, and operational data to remote portals, dashboards, databases, customer systems, repair systems, maintenance systems, mobile repair systems, APIs, and other decision-making systems. |

| US. Patent No. 8,559,914<br>Claim 16 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 16. The method of claim 15, wherein the step of facilitating the user-defined response further comprises the step of automatically activating, by the computing device, the user-defined response to the user activity and/or the user surroundings. | UTLX satisfies Claim 16 because its systems automatically activate configured responses to detected railcar, asset, repair, maintenance, inspection, customer, exception, or surrounding conditions. When the systems detect or process railcar location, movement, dwell, geofence presence, condition, health, repair status, inspection status, maintenance status, shop status, action alerts, release notifications, customer requirements, exceptions, or emergency conditions, they can automatically initiate alerts, emails, portal updates, shop requests, repair workflows, maintenance workflows, inspection workflows, customer notifications, mobile-repair actions, or other operational responses. |

| US. Patent No. 8,559,914<br>Claim 17 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 17. The method of claim 15, wherein the step of facilitating the user-defined response further comprises the step of assigning, by the computing device, a risk level associated with the user activity and/or the user surroundings. | UTLX satisfies Claim 17 because its systems assign, determine, or use risk levels, priority levels, severity levels, exception categories, alert levels, condition categories, maintenance priorities, repair priorities, inspection statuses, thresholds, confidence values, customer priorities, or similar classifications associated with detected activity and/or surroundings. Such risk or priority information is used for railcar condition monitoring, health monitoring, repair planning, maintenance planning, inspection workflows, customer alerts, emergency response, fleet utilization, and operational decision-making. |

| US. Patent No. 8,559,914<br>Claim 20 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 20. The method of claim 15, wherein the step of determining the user activity and/or the user surroundings further comprises the step of matching, by the computing device, sensor data to at least one algorithm with at least one user-defined parameter. | UTLX satisfies Claim 20 because its systems match sensor, telematics, status, maintenance, repair, inspection, or operational data to algorithms with user-defined, customer-defined, or configurable parameters. The systems process railcar location, movement, condition, health, dwell, geofence, repair, maintenance, inspection, shop status, action-alert, customer-requirement, release-notification, and exception data using rules, thresholds, geofence parameters, inspection intervals, maintenance schedules, qualification requirements, customer requirements, alert configurations, business priorities, and other parameters to determine railcar, asset, exception, repair, maintenance, inspection, or operational conditions. |

| US. Patent No. 8,737,951<br>Claim 1 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 1. A wireless communications device (WCD), comprising:<br>one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising: | UTLX's railcar telematics, fleet-management, repair-management, maintenance, inspection, customer-portal, asset-management, and related systems, including integrated wireless or connected railcar telematics devices and telematics sources, satisfy this limitation. These devices and systems include memories and processors that store and execute code to capture, transmit, receive, normalize, process, enrich, compare, classify, alert, and communicate sensor-derived and telematics-derived railcar movement, condition, health, repair, maintenance, inspection, exception, emergency, and operational information. |
| instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors; | UTLX includes instructions to enter a first mode of operation involving a first investigation process with one or more sensors. In the first mode, the systems and integrated railcar devices capture first data from GPS sensors, telemetry sensors, vibration sensors, shock sensors, accelerometers, condition sensors, component sensors, customer systems, rail systems, repair systems, maintenance systems, inspection systems, shop systems, and related data sources during ordinary railcar visibility, fleet-management, maintenance, repair, inspection, condition, or asset-monitoring workflows. |

| | |
|---|---|
| instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and | UTLX includes instructions to determine whether first data is indicative of an activity relating to a user need for assistance, accident, security event, emergency condition, derailment-related condition, leak or spill condition, abnormal movement, railcar damage, cargo-integrity issue, unauthorized movement, shop-required condition, maintenance-required condition, repair-required condition, inspection-required condition, or other abnormal condition. The systems analyze first sensor, telematics, status, and operational data to determine whether movement, location/status changes, condition changes, health conditions, alerts, exceptions, customer requests, repair status, maintenance status, or emergency conditions indicate a need for further monitoring, assistance, or response. |
| instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity. | UTLX includes instructions to enter a second mode of operation involving a different investigation process when first data may involve the detected activity. In the second mode, the systems use the same sensors and/or additional sensors, portals, repair systems, maintenance systems, inspection systems, shop systems, customer systems, or data sources to capture second data further indicative of the activity, including increased monitoring, action alerts, shop requests, repair workflows, mobile-repair workflows, maintenance review, inspection workflows, emergency workflows, customer notifications, dashboard updates, or other follow-up monitoring and response processes. |

| US. Patent No. 8,737,951<br>Claim 8 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
| --- | --- |
| 8. The WCD of claim 1, wherein the first investigation process comprises a process that samples less sensor data than the second investigation process. | UTLX satisfies Claim 8 because the first investigation process may comprise ordinary or lower-intensity railcar monitoring, while the second investigation process may comprise expanded or higher-intensity monitoring after an exception, alert, repair condition, maintenance condition, inspection condition, emergency condition, abnormal movement, or railcar condition is detected. The second process may sample, receive, request, process, or evaluate additional sensor, telematics, customer, repair, maintenance, inspection, shop, or operational data relative to the first process. |

| US. Patent No. 8,737,951<br>Claim 9 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
| --- | --- |
| 9. The WCD of claim 1, wherein the instructions to enter into the second mode comprise instructions to increase a sampling rate of at least one of the one or more sensors and/or the one or more other sensors. | UTLX satisfies Claim 9 when the second mode increases the sampling rate, reporting frequency, event-capture frequency, communication frequency, monitoring frequency, data-refresh rate, alerting frequency, or follow-up review frequency of one or more sensors or data sources. In railcar telematics and repair/maintenance workflows, increased monitoring or reporting may occur after detection of movement, shock, vibration, condition, health, geofence, emergency, repair, maintenance, inspection, or exception events. |

| US. Patent No. 8,737,951<br>Claim 10 | UTLX Integrated Railcar Telematics Architecture (Link-Net / RailPulse) |
|---|---|
| 10. The WCD of claim 1, wherein the activity is a human body physical activity (HBPA) related to the user need for assistance, the accident, or the crime. | UTLX satisfies Claim 10 when the monitored activity includes or is associated with a person or user involved in the railcar, customer, repair, maintenance, inspection, shop, mobile-repair, emergency, or operational workflow and the detected event relates to a need for assistance, accident, security event, emergency condition, unauthorized activity, or other abnormal condition. Such activity may be associated with repair personnel, maintenance personnel, inspectors, shop personnel, mobile-repair personnel, customers, operators, emergency responders, or other users interacting with railcars, rail assets, sensors, portals, or mobile devices in connection with the monitored railcar condition or event. |

Following a thorough review of UTLX's publicly identified technologies, operations, and the railcar telematics ecosystem described above, it has been determined that certain components and functionalities infringe upon multiple patents owned by BWE. The specific U.S. patents involved in this matter include U.S. Patent Nos. 9,049,558, 8,452,273, 8,559,914, and 8,737,951.

The enclosed claim charts provide representative examples and are not intended to limit BWE's infringement position to any single vendor, implementation, device model, software platform, customer deployment, or telematics configuration.

In light of these findings, we are offering you two clear pathways toward resolution:

1. Licensing Agreement
You may enter into a licensing agreement with BWE, which would allow UTLX to lawfully continue the use of the referenced technologies, including UTLX's use of equipped railcars, RailPulse-compatible telematics, Link-Net, customer-portal, repair-management, maintenance, asset-management, and related railcar systems, without further legal implications.

2. Cease and Desist with Compensation
Alternatively, you may opt to cease all use of the infringing technologies and provide appropriate compensation for past unauthorized use.

We are providing a reasonable window for your consideration and expect a response within two weeks of the date of this notice. Given the seriousness of the matter, we urge you to treat this issue with urgency.

Please be advised that BWE is fully prepared to enforce its intellectual property rights if this matter cannot be resolved cooperatively.

To begin discussions regarding a potential licensing arrangement, request supporting documentation, or seek additional time for review, you may contact:

• Brett Cooke at (832) 287-7039 or brett@eurekaiplaw.com, or

• BWE's Licensing Agent, Pete Sirianni, at (561) 699-8043 or siriannip07@me.com

Failure to respond within the specified timeframe will be taken as a lack of interest in resolving the matter cooperatively, and we will proceed accordingly.

Thank you for your prompt attention to this issue. We look forward to the opportunity to resolve this matter constructively and professionally.

Sincerely,

Brett T. Cooke
Eureka Intellectual Property Law, PLLC
Enclosures (on thumb drive)